

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00745-CV

**IN RE** Je'Niese **LANDERS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                    Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice

Delivered and Filed: December 9, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On November 24, 2015, relator Je'Niese Landers filed a petition for writ of mandamus complaining of the trial court's decision to decline jurisdiction in the underlying suit affecting the parent-child relationship. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-16597, styled *In the Interest of J.R.C.V., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding.